| | | |
|---|---|---|
| JOSE M. FLORES-GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10-cv-1850 |
| | ) | |
| v. | ) | District Judge Feinerman |
| | ) | |
| LEVY RESTAURANTS D/B/A SPIAGGIA RESTAURANT AND CAFÉ, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

## EXHIBIT LIST

| | |
|---|---|
| Exhibit A | Certificates of Service dated November 3, 2010 |
| Exhibit B | Certificates of Service dated November 10, 2010 |
| Exhibit C | Emails dated 11/15/2010 and 12/9/2010 from Attorney Hobfoll |
| Exhibit D | Letter dated 12/30/2010 re: objections from Attorney Zanzi |
| Exhibit E | Email exchange between Attorney Nowak and Attorney Hobfoll |
| Exhibits F1 & F2 | Defendant's Responses to Plaintiff's First Request for Production of Documents and Interrogatories |
| Exhibit G | Letter dated 1/7/11 from Attorney McLaughlin to Counsel for Defendant |
| Exhibit H | Plaintiff's Amended Notice of 30(b)(6) Deposition |
| Exhibit I | Letter dated 1/13/2011 from Attorney Zanzi to Counsel for Plaintiff |
| Exhibit J | Letter dated 1/14/2011 from Attorney Zanzi |